UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:19CR00325 JAR |
| JALON MOORE, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge David D. Noce (ECF No. 84).  On February 12, 2020, Defendant filed a Pro Se Motion to Dismiss Indictment for Violation of Speedy Trial Act (ECF No. 69).

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge David D. Noce, who filed a Report and Recommendation on April 29, 2020 (ECF No. 84).  The Magistrate Judge recommends that the Motion to Dismiss (ECF No. 69) be denied.  Neither party has filed objections or otherwise responded to the Report and Recommendation.  After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [84] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Dismiss Indictment for Violation of Speedy Trial Act [69] is **DENIED**.

Dated this 14th day of May ,2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE